**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**          x
                                          :
VERONICA KLOS, individually and on behalf :
of all other similarly situated,          :
                                          :          Case No. 1:26-cv-03456-EK-PK
                              Plaintiff,   :
                                          :
v.                                        :
                                          :
TBD BRANDS, LLC,                          :
                                          :
                              Defendant.   :
                                          x

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Veronica Klos, by and through her undersigned counsel, hereby voluntarily dismisses the above-captioned action, and all claims asserted therein against Defendant TBD Brands, LLC, without prejudice. Defendant has not served either an answer or a motion for summary judgment in this action.

Dated: July 20, 2026

Respectfully submitted,

*/s/ Innessa M. Huot*
Innessa M. Huot
**FARUQI & FARUQI, LLP**
685 Third Avenue, 26th Fl.
New York, NY 10017
Telephone: 212-983-9330
Facsimile: 212-983-9331
ihuot@faruqilaw.com

*Attorneys for Plaintiff Veronica Klos*